**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26-cr-242 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| LAKETRA LORINE CANNON, | ) | **ORDER ADOPTING MAGISTRATE** |
| | ) | **JUDGE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |
| | ) | |

On December 3, 2025, Defendant was charged with forcibly assaulting a federal officer, in violation of 18 U.S.C. § 111(a)(1).  (ECF No. 1-2).  On March 30, 2026, Defendant was sentenced to time served, one year of supervised release with mandatory and special conditions, and a $25.00 special assessment.  (ECF No. 1-3).  Defendant began her period of supervised release on March 30, 2026.  (ECF No. 1).  On May 19, 2026, jurisdiction over Defendant's supervised release was transferred from the Southern District of Florida to the Northern District of Ohio.  (*Id.*).

According to her supervising probation officer, Defendant allegedly committed the following violations:

**Violation 1: Illicit Substance Use:** On 05/01/2026, Defendant submitted to a random drug screen that was confirmed positive for the presence of marijuana by Abbott Toxicology on 05/16/2026.

**Violation 2: Unauthorized Travel:** Defendant traveled outside of the Northern District of Ohio without prior permission from the probation officer.

**Violation 3: Violation of Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed: Defendant failed to report to the U.S. Probation Office on May 13, 2026.

1

**Violation 4: Violation of Standard Condition #4:** You must answer truthfully the questions asked by your probation officer: Defendant provided false information about an arrest.

**Violation 5: New Criminal Conduct (uncharged):** Defendant self-reported being arrested for Assault and Domestic Violence in New York City, New York.

(ECF No. 4, PageID #56–58).  The Court referred the matter to Magistrate Judge Jennifer Armstrong to "conduct the appropriate proceedings except for sentencing, if sentencing is necessary.  If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and recommendation." (ECF No. 7).

Magistrate Judge Armstrong held a preliminary revocation hearing on May 28, 2026. (Minutes of proceedings [non-document] dated May 28, 2026).  On May 29, 2026, Magistrate Judge Armstrong issued an Amended Report and Recommendation (R&R) which stated that: (i) Defendant was informed of her right to a revocation hearing, she understood that right, and she waived her right; (ii) the Government dismissed Violation 5; and (iii) Defendant admitted to Violations 1, 2, 3, and 4.  (ECF No. 16, PageID #90).  Magistrate Judge Armstrong found that Defendant's waiver of a revocation hearing and admission to the violations were all knowing and voluntary.  (*Id.*).  Magistrate Judge Armstrong recommended that the Court find Defendant guilty of violating the terms and conditions of her supervised release.  (*Id.*).  On review of the record, the Court **ADOPTS** the R&R.  Defendant admitted to the Violations 1, 2, 3, and 4 as charged in the May 19, 2026 Violation Report.  Defendant is adjudged guilty of violating her supervised release. Sentencing is set for June 8, 2026, at 1:00 PM in Courtroom 17A.

   **IT IS SO ORDERED.**

Date: June 1, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

2